# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JATINDER SINGH,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Respondents. | Case No. 1:25-cv-02006-JLT-EPG-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 26, 2025, Petitioner filed a petition for writ of habeas corpus and motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On December 29, 2025, the Court denied the motion for TRO and referred the matter to the undersigned for scheduling. (ECF No. 8.)

On December 30, 2025, the Court ordered Respondent to file a response to the petition and issued a scheduling order. (ECF No. 9.) On January 20, 2026, Respondent filed a motion to dismiss. (ECF No. 13.) That same day, Petitioner filed a first amended petition ("FAP") and a motion for preliminary injunction. (ECF Nos. 14, 15.) On January 28, 2026, the assigned district judge referred the FAP and the motion "for appropriate action," to the undersigned, noting that "the magistrate judge has already indicated she will entertain the merits of this case on an

accelerated schedule and is free to adjust the briefing schedule(s) or consider the merits of the amended petition in relation to the request for injunctive relief in a manner designed to avoid duplication of efforts." (ECF No. 17.)

For purposes of judicial efficiency, it appears to the Court that issuing findings and recommendations on the merits on the FAP pursuant to Rule 65(a)(2), which provides that "the court may advance the trial on the merits and consolidate it with the hearing" on a motion for preliminary injunction, is appropriate. Fed. R. Civ. P. 65(a)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL file a response to the FAP (ECF No. 14) and motion for preliminary injunction (ECF No. 15); and

2. Within ten (10) days of the date of service of Respondents' response, Petitioner may file a reply.

IT IS SO ORDERED.

Dated:   **January 29, 2026**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE